IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW MALLOUGH, | § |
| | § |
| Plaintiff, | §   Civil Action No. 2:17-cv-01236-MPK |
| | § |
| v. | § |
| | § |
| GC SERVICES, LP, | § |
| | § |
| Defendant. | § |
| | § |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/* Philip P. Keating | */s/* Amy L. Bennecoff Ginsburg |
| Philip P. Keating, Esq. | Amy L. Bennecoff Ginsburg, Esq. |
| Keating Law Office, LLC | Kimmel & Silverman, P.C. |
| Summerfield Commons Office Park | 30 East Butler Pike |
| 2555 Washington Road, Suite 610B | Ambler, PA 19002 |
| Pittsburgh, PA 15241 | Phone: (215) 540-8888 |
| 412-432-6313 | Fax: (877) 788-2864 |
| Email: pkeating@keatinglawofficellc.com | Email: aginsburg@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |
| | |
| Date: February 13, 2018 | |
| | Date: February 13, 2018 |

BY THE COURT:

_____
                                                       J.

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 13th day of February, 2018:

Philip P. Keating, Esq.
Keating Law Office, LLC
Summerfield Commons Office Park
2555 Washington Road, Suite 610B
Pittsburgh, PA 15241
412-432-6313
Email: pkeating@keatinglawofficellc.com

                                        */s/ Amy L. Bennecoff Ginsburg*
                                        Amy L. Bennecoff Ginsburg, Esq.
                                        Kimmel & Silverman, P.C.
                                        30 East Butler Pike
                                        Ambler, PA 19002
                                        Phone: (215) 540-8888
                                        Fax: (877) 788-2864
                                        Email: aginsburg@creditlaw.com
                                        Attorney for the Plaintiff