IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW MALLOUGH, | § |
| Plaintiff, | § Civil Action No. 2:17-cv-01236-MPK |
| v. | § |
| GC SERVICES, LP, | § |
| Defendant. | § |

## ORDER APPROVING STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

/s/ Philip P. Keating
Philip P. Keating, Esq.
Keating Law Office, LLC
Summerfield Commons Office Park
2555 Washington Road, Suite 610B
Pittsburgh, PA 15241
412-432-6313
Email: pkeating@keatinglawofficellc.com
Attorney for the Defendant

/s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff

Date: February 13, 2018

Date: February 13, 2018

BY THE COURT:

Dated: 2/14/18

_____ J.